UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:18-CR-00059-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| | ) |
| ROBERT BRITTON JERNIGAN, | ) |
| Defendant | ) |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this defendant be

sentenced at his Arraignment scheduled for November 14, 2018 at 10:00 a.m. in Raleigh, North

Carolina and that the requirement of the preparation of the presentence report be waived.

So ORDERED this **7** day of **November**, 2018.

Honorable United States District Court Judge
JAMES C. DEVER, III