UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No.: 4:18-CR-00059-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| ROBERT BRITTON JERNIGAN, ) | |
| Defendant ) | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment in this case be modified by striking paragraph number 10 on page 3 of the Judgment in a Criminal Case allowing the defendant to possess a firearm.

So ORDERED this 12 day of December, 2018.

_____
Honorable United States District Court Judge
JAMES C. DEVER, III